[Dkt. No. 20, 23]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| ANNA CONOVER; et al., <br><br> Plaintiffs, <br><br> v. <br><br> PATRIOT LAND TRANSFER, LLC; PATRIOT LAND PROCESSING, LLC; and WELLS FARGO BANK, N.A., <br><br> Defendants. | Civil No. 17-4625(RMB/JS) <br><br> **ORDER** |

THIS MATTER comes before the Court upon the filing of motions to dismiss by Defendants Patriot Land Transfer, LLC, Patriot Land Processing, LLC, and Wells Fargo Bank, N.A. (collectively, "Defendants"), [Dkt. Nos. 20, 23], seeking the dismissal of the class action Complaint filed by Plaintiffs Anna Conover, Parrish Sheridan, Jacqueline Sheridan, Bryan Van Velson, and Jacqueline Van Velson ("Plaintiffs"); and the Court having held oral argument on Defendants' motions on March 23, 2018; and for good cause shown and for the reasons stated on the record at oral argument,

IT IS HEREBY on this **23rd** day of **March 2018**;

**ORDERED** that Defendants' motions to dismiss [Dkt. Nos. 20, 23] are **GRANTED**, and that the Complaint is dismissed, without prejudice; and it is further

**ORDERED** that all claims against Patriot Land Processing, LLC by these Plaintiffs are dismissed, with prejudice; and it is further

**ORDERED** that Plaintiffs are granted leave to amend the Complaint, and that any amended complaint shall be filed within forty-five (45) days of the date of this Order, or by May 7, 2018.

```
                          _s/_Renee Marie Bumb____
                          RENÉE MARIE BUMB
                          United States District Judge
```