**LITE DEPALMA GREENBERG, LLC**
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Tel: (973) 623-3000
Fax: (973) 623-0858
Email: bgreenberg@litedepalma.com

*Attorneys for Plaintiffs*
[Additional Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ANNA CONOVER, PARRISH AND JACQUELINE SHERIDAN, BRYAN AND JACQUELINE VAN VELSON, :  *Plaintiffs*, :  v. :  PATRIOT LAND TRANSFER, LLC and WELLS FARGO BANK, N.A., :  *Defendants*. : | Civil Action No.: 17-4625 (RMB)(JS)  **PLAINTIFFS' NOTICE OF MOTION FOR FINAL SETTLEMENT APPROVAL AND RELATED RELIEF** |

**PLEASE TAKE NOTICE** that on September 17, 2020 at 2:00 p.m. or as soon thereafter as the matter can be heard, Plaintiffs, pursuant to Fed. R. Civ. P. 23(e), will move before Hon. Joel Schneider, U.S.M.J., for an Order granting final approval to the Parties' class action settlement. **Defendants do not oppose this motion.**

In support of this motion, Plaintiffs will rely upon the accompanying brief and Declaration of Patricia Ernste, Rust Consulting Inc., regarding Settlement

838898.2

Administration. In further support, Plaintiffs also incorporate herein by reference their Motion for Preliminary Approval and this Court's Order Granting Preliminary Approval.

Plaintiffs state as follows:

1. The Parties have entered into a Settlement Agreement, to which the Court previously granted preliminarily approval on April 10, 2020.

2. The relief requested in this motion is assented to by Defendants, Wells Fargo Bank, N.A. and Patriot Land Transfer, LLC.

3. Plaintiffs respectfully request that the Court:

A. Grant final approval of the Settlement Agreement as fair, reasonable, and adequate;

B. Finally certify the Class as defined in the Settlement Agreement for purposes of settlement;

C. Finally appoint Plaintiffs as Class Representatives and Michael Paul Smith, Bruce D. Greenberg, and Timothy F. Maloney as Lead Class Counsel; and

D. Enter the proposed Final Approval Order and Final Judgment.

Dated:  August 18, 2020     **LITE DEPALMA GREENBERG, LLC**

*/s/ Bruce D. Greenberg*
Bruce D. Greenberg
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Email: bgreenberg@litedepalma.com

2

838898.2

        **SMITH, GILDEA & SCHMIDT, LLC**
Michael Paul Smith
(admitted *Pro Hac Vice*)
600 Washington Avenue, Suite 200
Towson, MD 21204
Telephone: (410) 821-0070
Email: mpsmith@sgs-law.com

**JOSEPH, GREENWALD & LAAKE, P.A.**
Timothy F. Maloney
(admitted *Pro Hac Vice*)
Veronica B. Nannis
(admitted *Pro Hac Vice*)
6404 Ivy Lane, Suite 400
Greenbelt, MD  20770
Phone: (301) 220-2200
Email: tmaloney@jgllaw.com
       vnannis@jgllaw.com