# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANNA CONOVER, PARRISH AND JACQUELINE SHERIDAN, BRYAN AND JACQUELINE VAN VELSON, | Civil Action No.: 17-4625 (RMB)(JS) |
| *Plaintiffs*, | |
| v. | **FINAL JUDGMENT** |
| PATRIOT LAND TRANSFER, LLC, WELLS FARGO BANK, N.A., | |
| *Defendants*. | |

IT IS on this 21st day of September 2020, hereby ORDERED, ADJUDGED AND DECREED pursuant to Fed.R.Civ.P. 58 as follows:

On September 21, 2020, this Court entered the following Orders:

1) Order Granting Final Approval of Class Action Settlement.

2) Order Regarding Attorneys' Fees, Reimbursement of Expenses, and Class Representatives' Service Awards to Plaintiffs.

For the reasons stated in the above-referenced Orders, judgment is entered accordingly. This Litigation is hereby dismissed with prejudice.

838905.2

The Clerk shall file this Final Judgment on the docket in this Litigation and close this matter.[1]

IT IS SO ORDERED.

BY THE COURT:

_____
Joel Schneider, U.S.M.J.

---

[1] The parties consented to the jurisdiction of this Court to enter this Final Judgment. [Doc. No. 103]. Although this matter will be closed, the Court intends to enter a comprehensive written Opinion setting forth in detail its reasons for granting plaintiffs' motions. The Orders granting the motions were entered promptly after the scheduled fairness hearing on September 17, 2020 so as not to delay the distribution to the class.